UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD CAMPBELL,

      Plaintiff,

vs.                                                  Case No. 14

UNUM LIFE INSURANCE COMPANY
OF AMERICA,

      Defendant,
_____/

GREG LIEPSHUTZ (P37573)
Attorney for Plaintiff
LEVINE  BENJAMIN, P.C.
100 Galleria Officentre, Suite 411
Southfield, Michigan 48034
(248) 352-5700 Fax (248) 352-1312
gliepshutz@levinebenjamin.com
_____/

## **PLAINTIFF'S COMPLAINT**

      NOW COMES Plaintiff, EDWARD CAMPBELL, by his attorneys, GREG M. LIEPSHUTZ and LEVINE BENJAMIN, P.C., and for his Complaint against Defendant, UNUM LIFE INSURANCE COMPANY OF AMERICA, states as follows

      1.      At all times relevant hereto, Plaintiff, EDWARD CAMPBELL, is a resident of the City of White Lake, County of Oakland, and State of Michigan.

      2.      At all times relevant hereto, Defendant, UNUM LIFE INSURANCE COMPANY OF AMERICA, is a foreign insurance corporation in good standing and continuously conducting business throughout the State of Michigan.

3. At all times relevant hereto, Defendant, UNUM LIFE INSURANCE COMPANY OF AMERICA, was compensated for and provided Long-Term Disability coverage pursuant to the terms of a group employee benefits plan provided for the benefit of Plaintiff, EDWARD CAMPBELL, and other employees, by their employer.

4. The Long-Term Disability insurance policy issued by Defendant, UNUM LIFE INSURANCE COMPANY OF AMERICA, is a group employee benefit plan covered by and within the meaning of the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001 et seq.

5. The terms of said contract of insurance obligated Defendant, UNUM LIFE INSURANCE COMPANY OF AMERICA, to provide Plaintiff, EDWARD CAMPBELL, with Long-Term Disability Benefits, in the event that Plaintiff was rendered unable to work due to injury, disease or other medical condition.

6. That Plaintiff, EDWARD CAMPBELL, suffers from chronic back pain. As a result, Plaintiff's conditions have made it impossible for him to work.

7. Defendant, UNUM LIFE INSURANCE COMPANY OF AMERICA has wrongfully denied Plaintiff disability benefits.

8. Defendant's denial of benefits was arbitrary and capricious and was contrary to medical and other evidence that overwhelmingly supports Plaintiff's claim of total and permanent disability; Defendant's termination of Plaintiff's benefits therefore amounts to a breach of the contract for insurance.

9. Plaintiff, EDWARD CAMPBELL, has exhausted all appeals and/or reconsideration processes provided by Defendant; nevertheless, Defendant refuses to resume payment of benefits rightfully due and owing to Plaintiff.

10. Plaintiff, EDWARD CAMPBELL, is a person empowered to bring a civil action under 29 U.S.C. § 1132(a)(1)(B) to force the Defendant to comply with the Act and resume payment of Long-Term Disability Benefits to Plaintiff.

11. 29 U.S.C. § 1132(a)(1)(B) reads as follows:

   (a) Persons Empowered To Bring a Civil Action
   A civil action may be brought –

   (1) by a participant or beneficiary –

   (B) to recover benefits due to him under the terms of the plan, to enforce his rights under the terms of the plan, or to clarify his rights to future benefits under the terms of the plan[.]

12. As a result of Defendant's wrongful termination of disability benefits, Plaintiff, EDWARD CAMPBELL, has sustained the following damages, including, but not limited to:

   (a) Loss of past, present and future income in the form of wage loss compensation benefits;

**WHEREFORE,** Plaintiff, EDWARD CAMPBELL, prays for Judgment in his favor and against the Defendant, UNUM LIFE INSURANCE COMPANY OF AMERICA, in whatever amount he is found to be entitled, in addition to costs, interest

and attorney fees.

          Respectfully submitted,

          LEVINE BENJAMIN, P.C.

          <u>/s/ Greg M. Liepshutz</u>
          Attorney for Plaintiff
          100 Galleria Officentre, Suite 411
          Southfield, Michigan 48034
          (248) 352-5700  Fax (248) 352-1312
          gliepshutz@levinebenjamin.com

Dated:   November 7, 2014